IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEWIS ATWATER, | : | |
| Plaintiff, | : | 1:14-cv-1120 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| OFFICER SHAFFER, | : | |
| Defendant. | : | |

## ORDER

June 26, 2014

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. 6) is **GRANTED** for the sole purpose of filing the complaint.

2. The complaint (Doc. 1) is **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this Order will be deemed frivolous, lacking merit, and not taken in good faith.

s/ John E. Jones III
John E. Jones III
United States District Judge